No. 2663. Hernández, Appellant, v. Sanders, Philippi & Co. et al., Appellees.—District Court of Aguadilla. Decided February 21, 1922. Motion by appellee for dismissal because taken after expiration of time. *Dismissed.*

No. 1878. People, Appellee, v. Ongay, Appellant.— First District Court of San Juan. Violation of the Excise-tax Law. Decided February 25, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Modified and affirmed.*

No. 1874. People, Appellee, v. Plácido, Appellant.— District Court of Humacao. Decided February 25, 1922. The appellant filed no brief and the record discloses no fundamental error. *Affirmed.*

No. 1875. People, Appellee, v. López, Appellant.—Second District Court of San Juan. Aggravated assault and battery. Decided March 6, 1922. There was no bill of exceptions, transcript of the evidence or brief filed. *Affirmed.*

No. 2525. Pérez et al., Appellees, v. Nogueras, Appellant.—District Court of Humacao. Motion by appellees for dismissal. Decided March 7, 1922. *Motion overruled.*

No. 1877. People, Appellee, v. Oquendo, Appellant.— First District Court of San Juan. Aggravated assault and battery. Decided March 7, 1922. No brief was filed and the record discloses no fundamental error. *Affirmed.*

Nos. 2672, 2673, 2674. Cepero, Appellant, v. Zavala et al., Appellees.—First District Court of San Juan. Decided March 13, 1922. Motions for dismissal. It appearing that the appellant had not presented in the court below in time a bill of exceptions or statement of the case and the transcript not having been filed in this court, the motions were sustained. *Dismissed.*

No. 1882. People, Appellee, v. Báez, Appellant.—District Court of Ponce. Adulteration of milk. Decided March 10, 1922. No brief was filed and the record discloses no fundamental error. *Affirmed.*